IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              No.   03-20427
                                Judge Breen

JERRY LYNN GALLOWAY

**ORDER**

This court sentenced the defendant to two years of probation on February 8, 2005. As a special condition of probation, the defendant was required to participate in the Home Detention Program for eight months. The defendant has requested her probation officer to allow her to attend the Friday, November 11, and the Sunday, November 13, sessions of the Church of God in Christ convention presently being conducted in Memphis. This are all-day sessions. The probation officer has denied this request except for three hours on Friday. The government has no objection to Ms. Galloway attending these two all-day sessions.

It appears to the court that the defendant's request is reasonable and should be granted. Therefore, it is **ORDERED** that the defendant is allowed to attend the sessions of the COGIC convention on Friday, November 11, and Sunday, November 13. It is further **ORDERED** that her home detention is extended for two days.

This November 10, 2005.

J. Daniel Breen
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-14-05

Approved:

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC

By: _____
Kemper B. Durand

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:03-CR-20427 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT